NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMARCO WIRELESS TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2017-1929

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01879.

---

## JUDGMENT

---

CHARLES QUINN, McElroy, Deutsch, Mulvaney & Carpenter, Morristown, NJ, argued for appellant.

BRETT JOHNSTON WILLIAMSON, O'Melveny & Myers LLP, Newport Beach, CA, argued for appellee. Also represented by CAMERON WILLIAM WESTIN; XIN-YI ZHOU, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  April 6, 2018        /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court